UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>CHRISTIAN LUGO,<br>  a/k/a "Coco,<br><br>       Defendant. | 24-CR-606 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  It is hereby ORDERED that the Defendant's forthcoming bail application, expected to be filed on October 29, 2024, shall be referred to the On-Duty Magistrate Judge. The Government's response shall be due on October 31, 2024.

  SO ORDERED.

Dated: October 25, 2024
    New York, New York

                     _____
                         DALE E. HO
                     United States District Judge