0.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

                              :    **NOTICE OF APPEARANCE & REQUEST**

          v.                                   :    **FOR ELECTRONIC NOTIFICATION**

                              :

CHRISTIAN LUGO, a/k/a "Coco,       :    24 Cr. 606 (DEH)

                              :

               Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                                       Respectfully submitted,

                                       EDWARD KIM
                                       Acting United States Attorney for the
                                       Southern District of New York


                                  by: /s/ Ni Qian_____
                                       Ni Qian
                                       Assistant United States Attorney
                                       (212) 637-2364