# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

June 16, 2025

Hon. Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Christian Lugo</u>, 24 Cr. 606 (DEH)

Dear Judge Ho:

  Karloff Commissiong, Esq., and I represent Christian Lugo. The parties are actively working on a potential resolution of this matter, and, since our last request, have had made progress. Accordingly, Mr. Commissiong and I request an additional ten-day adjournment, until June 26, 2025, to file any pretrial motions on Mr. Lugo's behalf. The Government consents to this request.

            Respectfully submitted,

            /s/ *Stephen Turano*

            Stephen Turano, Esq.
            Attorney for Christin Lugo

cc: AUSA Michael Herman
   AUSA Ni Qian
   AUSA Andrew Jones