

# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016
———

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102
———

Tel (973) 648-6777
Fax (917) 594-5667

June 16, 2025

Hon. Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application **GRANTED**. Defense counsel shall file any pretrial motions by **June 26, 2025**. The Clerk of Court is respectfully requested to close ECF No. 24. **SO ORDERED.**
>
> Dated: June 16, 2025
> New York, New York
>
> Dale E. Ho
> United States District Judge

Re: <u>United States v. Christian Lugo</u>, 24 Cr. 606 (DEH)

Dear Judge Ho:

    Karloff Commissiong, Esq., and I represent Christian Lugo. The parties are actively working on a potential resolution of this matter, and, since our last request, have had made progress. Accordingly, Mr. Commissiong and I request an additional ten-day adjournment, until June 26, 2025, to file any pretrial motions on Mr. Lugo's behalf. The Government consents to this request.

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano, Esq.
Attorney for Christin Lugo

cc: AUSA Michael Herman
      AUSA Ni Qian
      AUSA Andrew Jones