UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHRISTIAN LUGO,
     a/k/a "Coco,"

               Defendant.

24-CR-606 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

On June 16, 2025, the Court granted defense counsel's request letter for a 10-day adjournment to file any pretrial motions. That endorsed letter directed counsel to file their motions by June 26, 2025. Since then, no motions have been filed.

It is hereby ORDERED that the parties shall, **by July 18, 2025**, file a joint letter informing the Court on the status of the case.

SO ORDERED.

Dated: July 16, 2025
       New York, New York

                                                      DALE E. HO
                                               United States District Judge