# TURANO LAW

| | |
|---|---|
| 275 Madison Avenue<br>35th Floor<br>New York, NY 10016<br><br>Tel (917) 594-5666<br>Fax (917) 594-5667 | 60 Park Place<br>Suite 1101<br>Newark, NJ 07102<br><br>Tel (973) 648-6777<br>Fax (917) 594-5667 |

July 17, 2025

Hon. Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re: <u>United States v. Christian Lugo</u>, 24 Cr. 606 (DEH)

Dear Judge Ho:

     Karloff Commissiong, Esq., and I and counsel for the Government (by AUSAs Michael Herman, Ni Qian, and Andrew Jones) submit this letter jointly in response to the Court's July 16, 2025 Order (ECF Dkt. #26) requesting a status update.

     The parties are continuing to work towards a potential resolution and expect to have a final decision within three weeks. We will inform the Court as soon as a final decision is made.

                                                         Respectfully submitted,

                                                        /s/ *Stephen Turano*

                                                        Stephen Turano, Esq.
                                                        Attorney for Christin Lugo

cc:     All Counsel of Record