UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHRISTIAN LUGO,
    a/k/a "Coco,"

                Defendant.

24-CR-606 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, and to accommodate the schedules of counsel, the status conference previously scheduled for August 14, 2025, at 2:30 p.m. is adjourned to **August 18, 2025, at 11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court hereby excludes time through August 18, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will permit time to facilitate a pretrial resolution of this matter.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                            DALE E. HO
                                    United States District Judge