UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>CHRISTIAN LUGO,<br>    a/k/a "Coco,"<br><br>                   Defendant. | 24-CR-606 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      IT IS HEREBY ORDERED that the plea hearing previously scheduled for August 18, 2025, is RESCHEDULED to **August 21, 2025**, at **10:30 a.m.** in **Courtroom 905** of the Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007.  The Court hereby excludes time through August 21, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will permit time to facilitate a pretrial resolution of this matter.

      SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                                   DALE E. HO
                                            United States District Judge