# TURANO LAW

275 Madison Avenue  
35th Floor  
New York, NY 10016

60 Park Place  
Suite 1101  
Newark, NJ 07102

Tel (917) 594-5666  
Fax (917) 594-5667

Tel (973) 648-6777  
Fax (917) 594-5667

October 21, 2025

Hon. Dale E. Ho  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

    Re: *United States v. Christian Lugo*, 24 Cr. 606 (DEH)

Dear Judge Ho:

    Co-counsel, Karloff Commissiong, Esq., and I request an adjournment of the January 9, 2025 sentencing. We also anticipate having difficulty completing our mitigation package by then. In addition, I am starting a trial on November 4, 2025, *United States v. Markell Brown*, 20-cr-864 (MCA), in the District of New Jersey, which I anticipate will last until the first week of December.

    Accordingly, we respectfully request an adjournment of Mr. Lugo's sentencing until the third or fourth week of January. The Government consents to this request.

    We appreciate the Court's consideration and apologize for any inconvenience it may cause.

    Respectfully submitted,

    /s/ *Stephen Turano*

    Stephen Turano, Esq.  
    Attorney for Christin Lugo

cc: All Counsel of Record (by ECF)