# TURANO LAW

| | |
|---|---|
| 275 Madison Avenue<br>35th Floor<br>New York, NY 10016 | 60 Park Place<br>Suite 1101<br>Newark, NJ 07102 |
| Tel (917) 594-5666<br>Fax (917) 594-5667 | Tel (973) 648-6777<br>Fax (917) 594-5667 |

October 21, 2025

> Application **GRANTED**. The sentencing previously scheduled for January 9, 2026, shall be adjourned until **January 30, 2026, at 9:30 a.m.** The Clerk of Court is respectfully directed to close ECF No. 32. **SO ORDERED.**
>
> Dated: October 22, 2025         Dale E. Ho
> New York, New York              United States District Court

Hon. Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Christian Lugo*, 24 Cr. 606 (DEH)

Dear Judge Ho:

    Co-counsel, Karloff Commissiong, Esq., and I request an adjournment of the January 9, 2025 sentencing. We also anticipate having difficulty completing our mitigation package by then. In addition, I am starting a trial on November 4, 2025, *United States v. Markell Brown*, 20-cr-864 (MCA), in the District of New Jersey, which I anticipate will last until the first week of December.

    Accordingly, we respectfully request an adjournment of Mr. Lugo's sentencing until the third or fourth week of January. The Government consents to this request.

    We appreciate the Court's consideration and apologize for any inconvenience it may cause.

                                    Respectfully submitted,

                                    /s/ *Stephen Turano*

                                  Stephen Turano, Esq.
                                  Attorney for Christin Lugo

cc: All Counsel of Record (by ECF)