# EXHIBIT 1

# MITIGATION REPORT

CCS
Sentencing Advocacy / Capital Mitigation
Louise Luck, MA

225 Broadway – Suite 1804
New York, New York 10007
212-227-6670
212-587-0570 Fax

30 Matthews Street – Suite 111
Goshen, New York 10924
845-783-0677
845-294-8283 Fax

Court Consultation Services
Social History Report
For: Christian Alexander Lugo
At the Request of: Stephen Turano Esq. & Karloff Commissiong Esq.

Prepared By: Louise Luck, M. A.
Director

Date: December 29, 2025

1

Persons Interviewed

1. Christian Lugo- Client
2. Elaine Claudio- Mother
3. Rubin Lugo- Father
4. Tiffany Newby – Maternal Half-Sister
5. Cynthia Concepcion- Girlfriend
6. Erica Molina – Mother of Child
7. Julie Crawford- Former Teacher

<u>Documents Reviewed</u>

1. Yonkers Public School District
2. Program Certificates from Metropolitan Detention Center
3. Handwritten Prison Letters

Louise Luck, M.A.

Introduction: This writer holds a Bachelor's Degree in Psychology from the State University of New York at New Paltz and a Master's Degree from Marist College in Poughkeepsie in Community Psychology. As a graduate student, I was employed by Goshen Central Schools to administer individual testing material to children suspected of having learning disabilities. While completing my last semester of my two-year graduate program, I took a position as a probation officer with Orange County Probation. I worked in both the juvenile and adult units. Upon completion of my Master's Degree, I also had an active counseling practice. I eventually took a position with the New York State Department of Correctional Services as a Corrections Counselor and later accepted a position with the New York State Division of Parole as an institutional parole officer. In that capacity, I reviewed DOC records and prepared parole memorandums for inmates with upcoming Board appearances.

I later began doing sentencing advocacy as well as capital mitigation on death penalty cases. I sat on the National Board (NASAMS), The National Alliance of Sentencing Advocates and Mitigation Specialists for several years. I have worked on numerous state and federal cases and have testified in both state and federal cases. I have worked on over five hundred capital cases and over a thousand non-capital matters. My office has presented at numerous trainings for attorneys involved with capital cases. Throughout my lifetime career, I have worked in the evaluation and assessment of forensic clients as part of their social history investigation.

In addition to sentencing advocacy and capital mitigation, Court Consultation Services, of which I am the Director and founder, does all the hair follicle drug testing for Orange County Family Court as well as offering supervised visitation, therapeutic visitation, and parent coordinator services.

4

Court Consultation Services
Capital Mitigation and Sentencing Advocacy
Social History Report at the request of: Steven Turano Esq. & Karloff
Commissiong Esq.
For: Christian Alexander Lugo
Dated: December 29, 2025

Introduction:

Christian Alexander Lugo was born into a profoundly dysfunctional family environment. Throughout his childhood, he both witnessed and experienced domestic abuse. His father, an alcoholic, glorified street life, while his mother instilled in him a deep sense of mistrust. At the age of thirteen, after his mother introduced a new partner into their home and Christian was forced to live on the streets. Despite these significant hardships, Christian demonstrated resilience and determination. He worked diligently to overcome his circumstances, eventually becoming a devoted father to three children, and embracing the responsibilities of family life.

Maternal History:

Elaine's parents. She reports that she was raised in a middle-class environment, and both parents were hard-working people. When her parents were no longer together, she had a stepfather who was physically abusive to her and attempted to sexually molest her. When she reported the abuse, her mother failed to believe her and did nothing to stop the behavior.

Christian reports he and his siblings did not have contact with their mother's family. *"I didn't know my mother's family. They embarrassed me. My uncle was a child molester, a dope fiend. My mother's mother abandoned her."*

Elaine Claudio (DOB:12-16-62) met Rubin Lugo (DOB: 8-5-1961) in 1985 or 1986. By the time she met Ruben, she had already had a daughter named Tiffany Newby. Elaine and Ruben dated for several months and later married. Their oldest child is Christian, who his mother calls "Coco." They went on to have two other children, Crystal Lugo and the youngest Randy Lugo, both of whom live in the state of Florida currently. They are in their twenties.

Elaine spoke of her relationship with Ruben *"His dad wasn't a good father. There was a lot of craziness. He did bad things and was on the street constantly. He would sell drugs. I don't believe in that, and I was not raised with that. Christian's father later became abusive to my daughter and me. He went to jail because of that. He was never sexually abusive but was verbally abusive and*

5

*would hit my kids. I'd stop him. There was an incident when my daughter was 14 in Yonkers, and I eventually dropped the charges against him. The judge told me that he couldn't be in the house any longer. He was done. I was not going back to him. He was in jail."*

Elaine said that she always maintained employment over the last forty-five years and worked in a medical complex doing collections, and the front desk.

Growing up Christian was in and out of hospitals because of asthma. Despite the home life and his medical issues she recalls, *"Christian was a sweet kid. He loved his siblings. He was loving as a kid. He would help people. He didn't like arguing. He saw what I went through, and he didn't like that violence. He was into sports. He played football, basketball, and baseball. He did football in school and was in a league for basketball. He was good in school."*

Christian's mother felt that his father's behavior had a serious impact on Christian. *"When his father would hit the kids, he'd take his knuckle and hit them over the head. He did crazy things. He would rip the phones off the wall and slam plates on the walls."*

The couple finally separated when Christian was about ten years of age. *"Christian stayed with me. I'd drop the kids off to their dad. When I got the children, they'd be pissed off and mad. Their father would have an eighteen-year-old girl there and they did crazy things in front of my children. I would say don't do your nasty in front of my children. Coco would come home upset and never happy about what happened. The kids went to DR and came home like they were starved to death especially the little one…Christian's father became a citizen because of me. He was from the Dominican Republic"*

After the separation from Ruben, Elaine married Anthony Cruio, and they had two more children. Unfortunately, the relationship between Christian, Randy, Tiffany and their stepfather was toxic, and Elaine chose the relationship with her new husband over her children.

<u>Paternal History:</u>

Ruben Lugo expressed that talking about his past is very painful for him. He admits to making serious mistakes but is now a minster and a pastor of a church. *"I met my son's mother here and married the mother of my son here. It turns out that she had been unfaithful to me, and I had to raise the children on my own. At a point in my life, I went back to the Dominican Republic, and I left my family in the states. My ex-partner (Elaine) had sold our house and fell in love with another man and abandoned our children. At that point she abandoned them; they lived on the streets. At that point when we separated, I lived in the Dominican Republic, and their mom sold the house and went to do drugs on the street. Their mom was the route of the problem with my son. We lived apart and his mom was into drugs. It is a very painful memory for me to remember. That stage of*

6

*his life his mother got together with another man that beat Christian and kicked him out of the house…All my kids suffered abuse and had a very bad experience with their mom. My children didn't want to have anything to do with their mother. I am a pastor so I'm trying to teach them morals and forgiveness, but they were resentful for their mother throwing them out on the street… When he stayed with me, we would go to church. Even now Christian leads a religious group. Christian also told me that besides leading that religious group he works in the prison and takes classes. We speak very regularly. He calls me constantly and always asks me to visit him. He gets along very well with his other brothers. He also has three children of his own and is a very responsible man and father with his children. He is an excellent, excellent father. If I had to put him on a scale from one to ten, he fits in eleven. He is a very loving and very responsible towards his children."*

Ruben Lugo was a long-time alcoholic. He gained sobriety when Christian was well into his teens. Christian has his own memories of what transpired in the house. *"A lot of the fighting between my parents was when my dad was drinking. Dad was an alcoholic. He was abusive to my mother and used to fight with her too. When my dad would drink, he would hit my mom. It was a toxic relationship. He would have us kneel on rice and put our hands on the wall. I was scared of him. I didn't know why he would hit me. After my parents spilt up and she got together with my stepfather, they put me out on the streets. I was thirteen. I slept on the streets, parks, abandoned cars, an*d *anyone that would let me sleep for the night."*

When Christian was fifteen Ruben remarried and subsequently had two more children, sons, Christian Lugo and Joshua Lugo. Christian considered himself basically homeless from thirteen years of age until twenty-four.

Christian recalls feeling when he left his mother's house, *"I learned how cruel the world was for me. I took food out of garbage pails to eat. In the summer, I'd go on people's property and wash myself in their private pools. I saw drug addiction. I saw it all."*

<u>Christian's Oldest Sister:</u>

Tiffany Newby Christian's eldest maternal half-sister recalls their upbringing. *"Both parents were toxic. They put us in bad situations. He (Christian) was living on the streets, and his father glamorized the lifestyle. My mother would rather be with a drug dealer (Ruben's father) than have nothing. Both of them put us in an unhealthy life. I don't think we had a period of our past which was positive. If I did, I'd be a different person. Ruben was physically abusive to me. I'm five years older than Coco (Christian) and nine years older than Randy, they were his children and not me. I had to stay outside. I remember me and my mom getting beat and my mom taking it out on me. They are both toxic. I don't have contact with them. When my mother got together with Cruio, he was horrific. She kicked each and every one of us out. Both parents were equally at fault. My*

7

*stepfather (Cruio) never worked a day in his life. I worked since I was thirteen. He uses her for her money. He got rid of all of us. My stepfather (Cruio) is a creep."*

Tiffany has served in the United States military since 2004. She refuses to have contact with her family until this day.

Education:

Christian was primarily raised in Yonkers, New York. Soon after his parent's separated, he spent a year from 2001-2002 in the Dominican Republic with his father and attended the Colegio Max Henriquez Urena for eighth grade where his grades ranged from 70-93.  Christian returned to Yonkers and attended Charles E. Gorton High School. During his freshman year, Christian had a weighted GPA of 77.4, sophomore year 76.6 and during his junior year 55.7. He left school after that.

He had an IEP for a learning disability. His IEP started just weeks before he transferred out of Yonker Public Schools to attend school in the Dominican Republic.  An annual review done on April 20, 2004, indicated the following, *Christian is a likable, friendly young man who is motivated to succeed. He usually has good attendance but is not always on time or prepared for class. His progress towards his goals is often hampered by impulsive behavior, talkativeness, and a strong interest in socializing. He's easily distracted. At times, he impedes his own learning and that of his classmates. His progress this year was impacted by a problem outside the school which affected his attendance and caused him considerable stress and anger. He has been trying to deal with the situation. When he is focused, Christian can be a conscientious worker and make positive contributions to class discussions and activities. He displays an interest in learning and a strong desire to succeed. He needs a structured setting with clear rules that are consistently enforced. Christian learns well in a multi-sensory classroom and enjoys hands on activities. Mathematics is an area of relative strength, and he is making considerable progress. His placement math mainstream skills program remains appropriate for his needs...He was to attend counseling services the following school year, but it appears that Christian was no longer in school after his junior year. It was indicated that Christian was planning on attending college and continuing playing sports. His long-term goal was 'wants to work hard and become successful  and own his own home…'"*

On March 20, 2025, Christian received his GED while at Metropolitan Detention Center. He also completed a course through Columbia University which will be further discussed later in this report.

<u>Christian Meets Erica Molina the mother of his children:</u>

When Christian was seventeen, he met Erica Molina who was then sixteen. She was finishing high school and was about seven months pregnant when they were first introduced. Erica and her child's father were never together.

<u>The early relationship of Christian Lugo and Erica Molina;</u>

On May 28th, 2008, Erica gave birth to her eldest son, ▇▇▇ About a month after ▇▇▇ birth, Christian and Erica began dating, marking the beginning of a significant relationship. The relationship quickly became one of mutual support and shared responsibility, especially as Erica embarked on the next phase of her education. In August of that same year, Erica enrolled in a Community College demonstrating her commitment to furthering her education and building a stable future for herself and her son. During this, Christian stepped into a caregiving role, taking on the responsibility of looking after ▇▇▇ whenever he was not working. This arrangement not only provided practical support for Erica as she pursued her studies but also allowed Christian to form a close and nurturing along with the ▇▇▇ from the earliest days of the child's life.

This chapter in their lives highlights Christian's willingness to embrace responsibility as a young age, his capacity for empathy, and his dedication to the well-being of those he cared about. It also marks the beginning of his journey as a devoted partner and father figure setting the foundation for a family-oriented values that would continue to shape his actions and relationships in the years that followed.

Erica recalls Christian's life growing up, *"His father bought a home in Yonkers where he and his mom and dad lived. His father bought the house for his mom and kids, and Christian was raised in Yonkers and went to high school in Yonkers. He played a lot of sports, football, and was a top track runner. His mom got together with someone else, and his mom sold the house. Her boyfriend had a lot of issues with Christian. He felt that his stepdad had it out for him. That's when the relationship with his mother went sour. She took her boyfriend's side. What the boyfriend said she'd do. I know Christian jumped a lot from house to house. He stayed with a friend for a while. They were young and he had nowhere to go. When he was having an issue with his mom he did go to the Dominican Republic with his dad for a while. Back then his dad had a bad drinking problem. His dad was going through his own thing. There was not an adult to set him in the right place."*

*"I got pregnant in September of 2008 and had my daughter ▇▇▇ (Lugo) on May 26, 2009. Let me backtrack in the fall of 2008, we rented a room from one of his coworkers who had an apartment in the Bronx. That's where we were staying when my daughter was born. He was happy, really happy when I was pregnant. He came with me to all the appointments with my OB at Lincoln hospital. We bought things here and there. I believe he was still working as a plumber. I know something*

9

*happened between he and his dad and there was a conflict. He had nowhere to go. He had rented a room and his uncle's girlfriend's apartment, and she'd rent out rooms. He rented a room there for a short time. It was run down and dingy. The uncle and his girlfriend were always fighting. There was five or six kids and there was a lot of madness. Soon after I had my daughter, the person we were renting from came back and we had to leave the apartment. I went back to my mom's house for a few months and then we got another room also in the Bronx. I was going to school and also working. I was attending Bronx Community College until 2012. I did a program for medical assistants and got my medical assistance license. With me going to school and working each situation was not too stable.  He got laid off from the plumbing company he first worked for. Then he went to work for another plumbing company. Our son ▮▮▮ was born on March 11, 2013, and our son ▮▮ was born on July 3, 2016.*

*Christian and I were always together. He's a very hard worker and our children are his top priority. He always made sure even back when money was tight, he made sure the kids when whenever without. He treated all the kids equally. The same he did for the other kids he would do for ▮▮▮ too.*

*The most important thing for him because he went without and did not have a family, he wanted us to always be together and work things out. The incidences he had with his father's drinking, and his dad said situations with the law his dad did not set the best example. His father eventually changed though, we'd have the kids visit with his dad on weekends. He'd babysit my kids and watch them during the weekend. His relationship with his dad was so important because he had no relationship with his mom. She would never reach out in any type of situation. His father would reach out even if it was to say hello. Ruben gave up drinking shortly before I met Christian. Ruben would carry a Bible and do things in his church. His father is a Porter in a building in New York doing maintenance.*

*My daughter was about three when Christian started in the towing business. He would come to my mom's house, and I had a female cousin that lived across the street. He had become close to my cousin, Hudson, and she introduced him to a guy who had a towing business. Christian worked for this guy for some years up until about the time I had ▮▮▮*

*Even though Christian wanted us as one, our relationship was not always the best. He was doing females. It made it rocky. We were both young. He had nowhere to go. I had children. I'd forgive him he had his flaws, but he's really a good person. He made sure we had what we needed. He was very giving. If you tell him no money, he'll give you money countless times. He put trust in people he shouldn't even if it's not beneficial to him. He's very gullible and naive. He doesn't read people he's in the moment person. If you did something to him last week he'll help you the next week. When he had his business and holiday events, he made a nice time for everybody. On Halloween he had inflatables he'd have people come over he'd cater things he would give things to kids and the parents that came.*

10

*At Thanksgiving he'd cater and get turkeys and give them to customers. I remember one guy; he was homeless from the area, and he had nowhere to go. Christian had a really old car, and he let him stay in that vehicle until he got shelter. He'd help him out and have him sweep the sidewalks. The guy would go to the store, and he'd give him pay. If he needed material, he would trust the guy and send him out with money.*

*Another nice thing he did was giving kids from the neighborhood backpacks for school. I do remember that. He had school backpacks filled with supplies for the kids. The kids were so happy. Christian was a very kind person. A lot of people knew him for the kind things he did.*

*As far as our kids, he would do everything for them. He got jet skis, and they would go out on them on the boat. The kids would jump in the water. He'd invite his kids' friends and their friends' families. Anything he'd like to do he'd like to do with his kids. On the weekends, we did family trips. I remember a nice trip we had to Kalahari indoor water park.*

*As far as school, I was more involved. But he would always ask me what's happening he'd go to parent teacher conferences. He'd ask about picture day. I always worked but he wanted me to stay home. He thought taking care of the kids should be my priority.*

*He wants our kids to do well. My daughter is quiet and very smart. She has taken gymnastics for the last four or five years. Christian pays for of it. When she had professional pictures taken, he paid for that too. They (their children) always do extra-curricular activities at school.*

*██ and ██ are like Christian. Dad took them to do water sports. We'd have weekend barbeques and all events he had we were involved in. ██ loves football. ██ is not into sports but does well in school."*

She explained how her children have been affected by their father's arrest. *"It is affecting them. They had a very close relationship with their dad and even when we went our separate ways. After we separated, I was traveling to and from New York when I went to New Jersey to live. He would come from the Bronx to New Jersey and pick me up and bring the kids to school in New York. He'd pick them up from school and bring them home. Me and Christian were always involved with the kids We separated in early in 2023.*

*Christian always wanted us to move out of the Bronx. He always spoke about moving to the suburbs even after we split up. He wanted to buy us a home for our kids. It was our dream. This was an accomplishment he wanted to achieve. He was passionate about this.*

*He didn't want the kids to live the life he lived. He wants them to finish school and go to college and get a career. He wants them to be hard working men and women. He wants them to do well in school and spoke about sending them to Catholic school because he felt it was better than the public schools in the Bronx. His life revolved around his family.*

11

*He suffers from anxiety. He gets upset and frustrated. He has been through so much. I was really close to him. He was always 'go, go, go!' He was the provider. It was him taking care of us."*

<u>Cynthia Concepcion:</u>

Cynthia has known Christian for years and in the last few years they reconnected. *"We met when I was a child. He was a friend of my child's father. I was 17 or 18. I was no longer with my child's father, and he reached out through Instagram. I was about 18 or 19. What really drove me to him is that he's very good to me. I had two children, and he would look out for me and them financially. He cared about me. He was a good provider. I eventually went to work with him at the towing business. I'd ride with him, and we do tows and spend a lot of time together. In the beginning, he didn't want to get too close. He was involved with his child's mother as far as providing for her, and he always did. He did have contact with my two kids, my son Jayden 14 and son Jacob 13.*

*He did many helpful things. One time he saw my brother walking down the street. My brother struggles and looks crazy. My brother's clothes were falling off. He picked up my brother. He stopped and spent over $1000 to get my brother whatever he needed. He bought him socks, underwear, belts, and lots of clothes. It was so kind of him, I wanted to cry.*

*I saw him give money to homeless people and get them food. There's a lot of incidences like that. He's just a very giving person.*

*As far as his early life, what he shared with me was that his father is everything. He was with his mom after they separated and the man she was living with was not good to him and sent him to the streets. His mother was not good. He was in the streets, and no one knew where he was. His father came from the Dominican Republic and was searching for him.*

*I have a great relationship with his children. He loves them so much. They've stayed with me multiple times. The children love their father immensely. I took all three of them to see him at Metropolitan Detention Center. They visited with him twice.*

*As a father, he's very raw. He doesn't sugarcoat things. You make this decision, and this will happen. He loves them very much. When my sons found out what happened to him, they were crying. My children were affected, too. They finally had someone that cared and was around. My kids never had a family before this in their lives.*

*He would bring us to the lake and the beach. We go cart car racing, go to arcades, we go out to eat, and there's a lot of incidences where we just hang out in the house. He was happiest when all the kids were in the house. We rented a cabin and his ex, and the kids spent two nights there. That was a great memory.*

*I gave him money to start his own business in the towing company, it was me. I took money from my 401K. I was working at Citibank for many years, and I lost my job and that's when I started*

12

*working for him. I was with him a lot and I took money out to help him out. We were living in the Bronx at 1400 Benson St. Apt 5G. His business was mobile. We would keep the trucks downstairs. We had a couple of people that worked for us and two trucks. We would get up early and work morning till night.*

*I was always so proud of him with all the help he was doing and helping other people."*

<u>Since Being in Metropolitan Detention Center:</u>

While at Metropolitan Detention Center, he continues to help others and to make positive choices in his time there. As of the time of this interview, Christian has been without any disciplinary reports.

Christian has received several certificates for courses he completed since being in MDC. He credits Dr. Rosinski as one of his biggest mentors in the facility. She has encouraged him to view situations from a different perspective and has offered techniques for lowering his anxiety and dissipate frustration and resentments from the past. Earlier in his incarceration, he had been placed in the mental health unit following a "*deep letter"* he wrote. The facility had concerns over his depression and since that time he has had the support of Dr. Rosinski at MDC.

His certificates include:
1. The Family and Other Relationships Workbook-February 14, 2025. *"I learned how to handle family situations and how to go back to make an argument better, I learned what steps I have to take to build healthy relationships built on trust and love. For me, that was a challenge. How can I love and trust a female if my mother didn't love me, I don't know what it is like to be loved by a mother and trust. My mother abandoned me. I was building a wall not to get hurt and I already am so hurt. That's not what to do with hurt."*
2. The Life Skills Workbook- February 14, 2025. *"That was looking at what I did and what I'm good at. For me that was towing."*
3. Health Journal- February 21, 2025. *"I got to write about my thoughts and Dr. Rosinski was always excited to read about my thoughts."*
4. The Feelings Workbook-March 13, 2025
5. The National Parenting Program- April 15, 2025. *"I did phases 1 and 2. It interacts with how you raise your child. Are you permissive or overly disciplined or in-between. I was in with the worst parents, the ones that wanted to give their kids everything and couldn't say no. I'd like buying them more toys. My kids tell me I' the best. I got them Jet-Skis and boats.*
6. The Self Worth Workbook- April 16, 2025. *"It was about what do you think you're worth. I wrote about how I assist in the community and help people out in the community."*
7. Your Saving- April 21, 2025. *"It teaches you to save money, build your credit and manage your finances correctly."*
8. The Power of Self Talk Workbook - May 12, 2025. *"It teaches practicing and telling yourself what you want to become. It takes practice."*

9. Structured Activity (Jogging)- May 29, 2025. Christian taught this class once a week for one hour for three months. His class ran every Monday.

10. The Responsible Behavior Workbook- June 6, 2025. *"It brings up different scenarios. For example, someone is horsing around and knocks down your coffee, how are you going to handle it."*

11. Tutor Course-June 13, 2025. This one is one of Christian's favorite courses. It has enabled him to work with others. *"I'm a tutor in here. I help guys get their GED's."*

12. Start Now-Unit 1: My Foundations Starting with Me- June 17, 2025. In this course, Christian worked as the instructor of 15 men in the course.

13. Columbia University in the City of New York- completed a mid-term in The Aeneid- June 24, 2025.

14. The Relations and Communication Workbook- August 5, 2025. *"This one was about interacting with your wife and kids, baby mother and co-parenting. It is all based on communication. Without good communication it doesn't work."*

15. Conflict Resolution Course- August 15, 2025. *"It was about how to deal with things. For example, if someone steps on your white sneakers, find a solution. It was also about helping other people when arguing instead of using violence."*

16. First Step Act Chapel Productive Activity, House of Healing - September 2, 2025.

17. Sentry Weight Management Course- September 8, 2025.

18. Entrepreneurship Course- September 5, 2025.

19. Managing My Emotions Workbook- September 10, 2025. *"They evaluate you. They like my writing. It's from my heart and how I feel about it. I'm a man and I couldn't hold it. I had too much emotions."*

20. Start Now-Unit 2 My Emotions and Dealing with Upset Feelings- September 11, 2025.

Since his incarceration at MDC, Christian has maintained three jobs since he got there. Christian is the orderly on his unit. He is a tutor to other inmates, helping to prepare them to pass their GED examination. Lastly, he works cleaning the visitation area. He earns thirteen dollars monthly.

Christian had a horrible experience with the instructor of the program House of Healing, Officer Johnson. This person sexually harassed him and touched him sexually. He threatened to make his life miserable if he told anyone what had transpired. He tried to make Christian touch him. On another occasion, he was instructed to get something out of the closet and said he couldn't find it. The officer brushed up and touched his private parts. This individual said he would get Christian a phone and things from the streets if he went along with him. Christian refused but feels uncomfortable to this day.

Despite this, Christian is still pushing through although adding more to the already difficult situation and conditions at MDC which are all well-known including long term security lockdowns.

Julie Crawford is an instructor at the Metropolitan Detention Center. She is also a professor of humanities at Columbia University. This office conducted an interview with Dr. Crawford on

October 24, 2025. *"Columbia University has a program that does many classes at MDC. Most people who are incarcerated or in transition, so we do a course on Fridays and Tuesdays over the course of four mini classes. We read the first four books of Virgil's Aeneid which takes place after the destruction of Troy in the Trojan War. It talks about the tribulations, adventures, and losses of women and men finding a new empire. Each class is focused on one book. They have heavy class discussions with me and the teaching assistant. I respond to all of their writing assignments at the end of the course; they each have to write an 8-to-10-page paper.*

*The people who are allowed to take this class are the best behaved of the incarcerated community. They are all very respectful and have excellent participation. We often have small group work about reading questions. They each take the writing very seriously and their work is very good.*

*MDC also has a really good education director. I don't know the students and I don't do my research because I don't really know what they did to get in here but what I do know is that most of the men in my class were housed in the suicide safety and prevention floor because most of these men spend a lot of time in lockdown because of this classes can be cancelled. When this happens, the students are very patient and don't get annoyed.*

*From what I remember Christian is an excellent student. He participated intelligently and he was always focused. He was never goofing off or picking at his fingernails waiting for class to be over. He wanted to be there. I returned all his work back to the education director, with very thoughtful responses to their work to give back to the students, so if either Christian or Greco that's the director, would definitely have some of his submissions with my comments.*

*As soon as I saw his face and the e-mail you sent me, I remembered how truly engaged he was in our class. Our discussion talked about mourning and loss, and he was always very engaged in his work was always structured and he overall was just an excellent student."*

Christian uses any extra time he has in MDC in the service of others. He runs a bible class on his unit Wednesdays and Fridays at seven PM. His group started with five men and has grown to thirty. Christian preaches and brings up different scenarios help guide the men in his group on the right path.

He has also put together a syllabus to be used as a new program within the BOP to teach men the vocation he loves, towing.

Most touchingly he saved the life of his former cellmate that was trying to hang himself. He forced his cellie down and stopped a tragedy from occurring.

Numerous incarcerated men on his block wrote about how Christian had a positive impact on their lives.

Jalen Teague ID # 59837511. *"I am a detainee in unit J71. Christian Lugo was an instructor for the conflict resolution course. Have to admit that Christian Lugo was not only helpful and attentive and inspiring, but he also actually gave me a different outlook on resolving social problems. Things that seem negative can actually be turned into a positive and peaceful outcome. I now understand that there are many solutions to solving a conflict period not only with another person but in life in general. Without Christians guidance in this class my mind may not be open to resolving my conflicts in a more sensible manner and for that I thank him. His help and assistance was necessary in completing this course."*

Maurice Duhaney ID# 74161053. *"I have known Christian Lugo for the past seven months since I have been on unit J71 at metropolitan detention center in Brooklyn. I am 60 years old, and my last convictions were in 1985 when I was a teenager. Honestly, this incarceration has been very difficult for me, which allowed me to contemplate negative conceivable thoughts. As time passed by from many conversations with Mr. Lugo and another inmate, I started thinking on the bright side of life. Mr. Lugo assisted me in obtaining a tutor training certificate where we tutor on the unit's other inmates and acquiring their GED. I have also acquired other certificates with the inspiration and motivation from Mr. Lugo. Though Mr. Lugo was nervous in the beginning with his first facilitating course, he pulled through the middle and polished it off at the end. One of the course conflict resolution Mr. Lugo facilitated truly open my mind and make so much sense. Most inmates are from urban areas and growing up, they are only exposed to one option of dealing with violence and drug addiction. Mr. Lugo explained and demonstrated the many options that individuals have to combat violence and drugs a shame it cannot be taught in high school or community centers where potential crime and drug addicts exist. Mr. Lugo and I are currently brainstorming on how to get their programs to areas where it can count, rather than individuals coming to prison to find out the options they have to fight violence and drugs… I am also worried that his family rely on him as the only financial supporter in the family due to his successful towing business. A person of my age and exposure is aware of a changed person coming from the community I grew up in. I totally and personally considered Mr. Lugo a changed person for his positive demeanor has affected me to learn and share with others what I've learnt. The percentage of individuals in here who should be focusing on learning and change is alarming. I know Mr. Lugo will be an asset to his community for he understands that young individuals in in his community only are exposed to one option of challenging violence and drugs. Mr. Lugo and I would like to bring their programs in junior high school, high school and after school community centers."*

Estiven Buitrago- (letter translated from Spanish to English) "*Your Honor, I'm writing to let you know that Mr. Lugo offered me his knowledge as a mentor to teach us how to behave properly here in prison and how we should solve problems or conflicts in a healthy and constructive way in our lives. I thank him very much for his dedication and for transmitting such positive energy to each of these young people. I am writing this letter with the purpose of informing you how much I have learned from the program and how much it has helped me. Thank you, Mr. Lugo, for teaching us to be more understanding and more reasonable when faced with conflict.*"

Laguno Elieser (translated from Spanish to English) *"Your Honor, I am writing this letter with the intention of letting you know that Mr. Lugo, who is a program instructor, teaches us how to be better people in prison and in society. I am grateful for the time and dedication he has given me. I personally thank him from the bottom of my heart for all the positive teachings with the goal of having a better life inside and outside the prison. I am sending you this letter to let you know that I have learned from his wisdom to be a better person with the purpose of changing my life. I thank you Mr. Lugo for teaching me to be a reasonable, respectful, and understanding person."*

Alex Brown ID #94064511- *"This was an interesting course. I learned a lot from Mr. Lugo, I look forward to working with him again. I will take everything that he has taught me and apply it with my everyday life. Mr. Lugo is a very good teacher. He taught me how to change. I've changed my way of thinking because of him. Mr. Lugo has breaks down things very easy to understand. I'm interested in learning more because his teaching methods are very helpful. Mr. Lugo is very versatile in the way he teaches. I learned also how to balance what he has taught me with real life problems."*


Evaluative Analysis:

The report details the life history and character of Christian Alexander Lugo, emphasizing the profound adversity he faced from childhood through adulthood. Born into a dysfunctional family, Christian's early years were marked by domestic abuse, instability, and neglect. His father struggled with alcoholism and glorified street life, while his mother's relationships exposed Christian to further trauma and ultimately led to him being homeless at age thirteen.

Christian's mother, Elaine, endured abuse herself and, after separating from Christian's father, entered another toxic relationship. The family dynamic was fraught with violence, abandonment, and emotional hardship. Christian's father, Ruben, later became a pastor and tried to instill values of forgiveness and responsibility, but the scars of Christian's upbringing remained deep.

Despite frequent hospitalizations for asthma and a turbulent home life, Christian showed resilience. He participated in sports and was described as a caring child. He struggled academically, partly due to a learning disability and external stressors, but eventually earned his GED while incarcerated. He also completed a course through Columbia University, demonstrating his commitment to personal growth.

Christian's relationships reflect his empathy and sense of responsibility. He became a devoted father to three children, prioritizing their well-being and striving to provide stability and opportunities he lacked. Accounts from Erica Molina and Cynthia Conception highlight

17

Christian's generosity, hard work, and dedication to his family and community. He is remembered for acts of kindness, such as helping the homeless and supporting children's education.

While at Metropolitan Detention Center, Christian has continued to demonstrate positive change. He has completed numerous courses focused on family, life skills, parenting, self-worth, and conflict resolution. He works as a tutor, helping others achieve their GEDs, and leads a Bible study group. Christian's efforts have earned him respect among peers and instructors, with testimonials attesting to his impact on others' lives and his commitment to rehabilitation.

Christian Lugo is a man who, despite enduring significant hardship and trauma, has shown remarkable resilience, compassion, and a drive to better himself and those around him. His journey reflects a transformation from a lost child to a mentor and positive influence within his community.

Respectfully Submitted,

Louise Luck, M.A.

18

# Exhibits

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Lugo, Christian
### Reg. No. 73692-053



## *has satisfactorily completed*

### The Family & Other Relationships Workbook

*and is hereby awarded this certificate, this 14th day of February, 2025.*

Dr. Rosinski
Staff Psychologist

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## *Lugo, Christian*
### *Reg. No. 73692-053*



## *has satisfactorily completed*

### *The My Life Skills Workbook*

*and is hereby awarded this certificate, this 14ᵗʰ day of February, 2025.*

Dr. Rosinski
Staff Psychologist



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Christian Lugo

## Sentry Journal (Health Journal)

*At MDC Brooklyn*

*This certificate is hereby issued this 21ᵗʰ day of February 2025*

**D. Ranalli**

*Recreation Specialist*

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## **Lugo, Christian**
### **Reg. No. 73692-053**



## *has satisfactorily completed*

### **The Feelings Workbook**

*and is hereby awarded this certificate, this 13th day of March, 2025.*

Dr. Rosinski
Staff Psychologist

# *Certificate of Completion*

**This certifies that**

# *CHRISTIAN LUGO*

**completed the following program:**

# **The National Parenting Program: Phase One**

4/15/25

DATE



*G. Matey*

G. Matey, Special Population Coordinator

**MDC BROOKLYN**

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Lugo, Christian
### Reg. No. 73692-053



## *has satisfactorily completed*

### The Self-Worth Workbook

*and is hereby awarded this certificate, this 16th day of April, 2025.*

Dr. Rosinski
Staff Psychologist





# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate

## Christian Lugo

### Your Savings

"Saving money is not just about setting aside cash; it's about building the freedom to create the life you dream of, weathering life's storms with confidence, and investing in your future self's happiness and security."

### J. Murray

**J. Murray - Teacher**

**April 21, 2025**

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

## Lugo, Christian

### Reg. No. 73692-053



## *has satisfactorily completed*

### The Power of Self-Talk Workbook

*and is hereby awarded this certificate, this 12th day of May, 2025.*

Dr. Rosinski
Staff Psychologist

# MDC Brooklyn
# Recreation Department

This is to Certify that

## Christian Lugo

Has Successfully Completed

## Structured Activity (Jogging)

At MDC Brooklyn

This certificate is hereby issued this 29TH day of May, 2025

## D. Ranalli

Recreation Specialist





# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## **Lugo, Christian**
### **Reg. No. 73692-053**

## *has satisfactorily completed*

### **The Responsible Behavior Workbook**

*and is hereby awarded this certificate, this 6th day of June, 2025.*

Dr. Rosinski
Staff Psychologist

© 2019 Great Papers

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to



*Christian Lugo*

## TUTOR COURSE
*Adult Continuing Education / Recreation Curriculum*

*A. DeVastey*

**A. DeVastey – Education Technician**
**June 13th , 2025**




# U.S. Department of Justice
# Federal Bureau of Prisons

# Certificate of Achievement

We present this certificate to

## CHRISTIAN LUGO

### START NOW – UNIT 1: My Foundation: Starting with Me

"The greatest achievement is to outperform yourself."
— Denis Waitley





*M. John Pierre*

**Mrs. M. John-Pierre – Supervisor of Education**
**Metropolitan Detention Center**

*C. Emile*

**Mrs. C. Emile - Teacher**
**June 17, 2025**



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Christian Lugo

*has successfully completed a mid-term*

### The Aeneid

*offered by the Just Ideas Program at Columbia University*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Twenty-Fourth Day of June in the year Two Thousand Twenty-Five.*

*Julie Crawford*
_____
*Instructor*

# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## *Lugo, Christian*
### *Reg. No. 73692-053*



## *has satisfactorily completed*

## *The "Relationships and Communication" Workbook*

*and is hereby awarded this certificate, this 5th day of August, 2025.*

Dr. Rosinski
Staff Psychologist



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

## *Christian Lugo*

### CONFLICT RESOLUTION COURSE
*Adult Continuing Education / Recreation Curriculum*

*A. DeVastey*

**A. DeVastey –Education Technician**
**August 15th , 2025**



# CERTIFICATE OF COMPLETION

This Certifies That

## Mr. Christian Lugo

Completed Successfully First Step Act

Chapel Productive Activity: <u>Houses of Healing</u>

MDC Brooklyn Religious Services FSA Re-entry Program

On This 2nd day of September 2025

The Metropolitan Detention Center, New York (MDC Brooklyn)

Rev. Steve Mun, Chaplain

Rabbi. Yisroel Halon, Chaplain

Mr. Hayward Irvin, Volunteer



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Christian Lugo

*Has Successfully Completed*

### Sentry (Weight Management) Course

*At MDC Brooklyn*

*This certificate is hereby issued this 8ST day of September, 2025*

**D. Ranalli**

*Recreation Specialist*

**MANAGE YOUR WEIGHT**



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Christian Lugo*

### ENTREPNEURSHIP COURSE

*Adult Continuing Education Curriculum*

*A. DeVastey*

**A. DeVastey –Education Technician**
**September 05th , 2025**



# *Certificate of Completion*

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## *Lugo, Christian*
### *Reg. No. 73692-053*

## *has satisfactorily completed*

### *The "Managing My Emotions" Workbook*

*and is hereby awarded this certificate, this 10th day of September, 2025.*

Dr. Rosinski
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## CHRISTIAN LUGO

### START NOW – UNIT 2  My Emotions: Dealing with Upset feelings

"Success comes to those who become success conscious." – Napoleon Hill

*M. John Pierre*

**Mrs. M. John-Pierre – Supervisor of Education**
**Metropolitan Detention Center**

*C. Emile*

**Mrs. C. Emile - Teacher**
**September 11, 2025**

Jalen Teague

My name is Jalen Teague 59837521 and I am a detainee in unit J71. Christian Lugo was an instructor for the conflict resolution course. I have to admit that Christian Lugo was not only helpful attentive and inspiring, he actually gave me a different outlook on resolving social problems. Things that seem negative can actually be turned into a positive and peaceful outcome. I now understand that there are many solutions to solving a conflict. Not only with another person but in life in general. Without Christians guidance in the class my mind may not be open to resolving my conflicts in a more sensible matter, and for that I thank him. His help and assistance was necessary in completing this course.

8-17-25

To whom it may Concern:

I have Known Mr. Christian Lugo #73692-053 for the past Seven (7) months Since I have been on unit J-71 at the Metropolitan Detention Center in Brooklyn. I am 60 years old and my last Convictions were in 1985 when I was a teenager.

Honestly, this incarceration has been very difficult for me which allow me to Contemplate negative Conceivable thoughts. As time past by from many Conversations with Mr. Lugo and another inmate, I started thinking on the bright side of life. Mr. Lugo assisted me in obtaining a Tutor Training Certificate where we tutor on the unit other inmates in acquiring their G.E.D. I have also acquired other Certificates with the inspiration and motivation from Mr. Lugo.

Though Mr. Lugo was nevous in the beginning with his first faciliating Course, he Pulled through in the middle and polished off at the end. One of the Course (Conflict Resolution) Mr. Lugo facilitated truly opened my mind and make So much Sense. Most inmates are from urban areas and growing up they are only exposed to one option of dealing with violence and drug addiction. Mr. Lugo explain and demonstrate the many options that individuals have to Combat violence and drugs, ashame it Can not be taught in High School

or Community Centers where potential Criminal and drug addicts exist. Mr. Lugo and I are Currently brain storming on how we Can get there programs to areas where it Can Count, rather than individuals Coming to prison to find out the options they have to fight violence and drugs.

I became very Close with Mr. Lugo and I am aware of the serious Charges against him. I am also aware that his family rely on him as the only financial Supporter in the family due to his successful towing business. A person of my age and exposure is aware of a Changed person Coming from the Community I grow up in. I totally and personally Consider Mr. Lugo a Changed person for his positive demeanor has affected me to learn and Share with others what I have learnt. The percentage of individuals in here who should be focusing to learn and Change is alarming. I Know Mr. Lugo will be an access to his Community for he understand that young individuals in his Community only is expose to one option of Challenging violence and drugs. Mr. Lugo and I would like to bring there programs in Junior High, High School and after School Community Centers.

I want to thank you for your time and patience along with taken into Consideration the above regarding mr. Lugo at Sentencing.

Respectfully,
Maurice Duhaney
74161-053

8/16/25

Su señoria me dirijo a usted para hacerle
saber que el SR. lugo me brindo sus
conocimientos como profesor para enseñarnos
a llevar una buena conducta aqui en
prision y a como debemos solucionar
los problemas o conflictos de una manera
sana y saludable en nuestras vidas
le agradezco mucho por su dedicacion
y por transmitir esa energia tan positiva
a cada uno de estos jovenes.

yo escribo esta carta con el proposito
de informar lo mucho que he aprendido
y lo mucho que me ha ayudado su
programa para cambiar mi vida
gracias el SR. lugo por enseñarnos
a tener mas comprecion y ser mas
rasonables ala hora de un conflicto.

**Respectfully**
Estiven Buitrago

8/15/25

Su señoria estoy escribiendo esta carta
Con la intención de hacerle saber que el
Sr. Lugo que es un Profesor de programas
Para enseñarnos a hacer una mejor
Persona en la Prision y la Sociedad.
Agradesco Por el tiempo y la dedicación
Que me a brindado.
yo Personalmente le agradesco de
Corazón por todas las enseñanzas
Positivas Con el fin de obtener una
Mejor vida dentro y fuera de la
Prision
Yo le hago llegar esta carta con el fin
De hacerle saber que e aprendido a
Obtener de su sabiduria.
Ser una mejor Persona con el Proposito de
Cambiar mi vida. Le doy Gracias al
Sr. Lugo Por enseñarme a ser una
Persona razonable, Respetuoso y
Comprendedora.....

Respectfully

Laguna Elieser
Firma.

8/15/25

To Whom this may Concern

This was a interesting Course I learn alot from Mr. Lugo, I look forward to working with him again. I will take everything that he has taught me and apply it with my everyday life. Mr. Lugo is a very teacher, he taught me how to Change. I've Changed my way of thinking because of him. Mr. Lugo as breaks - down things very easy to understand. I'm interested in learn more because his teaching methods are very helpfull. Mr. Lugo is very verseatile in the way he teaches. I learned also how to balance what he has taught me with real life Problems.

from: Alex Brown    94064511

Addendum to the report dated December 29[h], 2025.

Forwarded new client program certificates from attorney.

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Lugo, Christian
### Reg. No. 73692-053

## *has satisfactorily completed*

### *The "Quiet Moments" Workbook*

*and is hereby awarded this certificate, this 18th day of December, 2025.*

Dr. Rosinski
Staff Psychologist

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Appreciation
### We present this Certificate to

# Christian Lugo

## EDUCATION DEPARTMENT

*In recognition of your hard work, determination and dedication to the Education Department*



*M.JOHN-PIERRE*

**M.John-Pierre – Supervisor of Education**
**Awarded this 5th day of December 2025**
**MDC BROOKLYN**





# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Christian Lugo*

## DEVELOPING CREATIVITY COURSE
*Adult Continuing Education Curriculum*

*A. DeVastey*

**A. DeVastey –Education Technician**
**December 03rd , 2025**



## U.S. Department of Justice
### Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Christian Lugo*

**BUISNESS ETHICS COURSE**

*Adult Continuing Education Curriculum*

*A. DeVastey*

**A. DeVastey –Education Technician**
**December 02ⁿᵈ , 2025**



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

## Christian Lugo

### TIME MANAGEMENT COURSE

*Adult Continuing Education Curriculum*

*A. DeVastey*

A. DeVastey – Education Technician

**September 26th , 2025**