# EXHIBIT 2

# LETTER FROM

# CYNTHIA CONCEPCION

Cynthia Concepción

[REDACTED]

[REDACTED]

[REDACTED]

December 5, 2025

Hon. Dale E. Ho

Dear Judge Ho:

My name is Cynthia Concepción. I am 32 years old and work as a teacher's assistant. I am writing on behalf of Christian Alexander Lugo, whom I have known for over thirteen years. We met through mutual friends, and over time our connection naturally deepened and later progressed into a relationship. Knowing him for this long has given me a true understanding of his character.

Christian is, at his core, a selfless and generous person. He consistently placed the needs of others before his own—whether it was his children, my children, or the mothers of his children. As a father, Christian has always been loving, involved, and committed. His children adore him, and he has always tried to give them stability, guidance, and emotional support. The bond they share is essential to their well-being.

One moment that reflects his compassion occurred when we saw my brother walking down the street looking unkempt—his hair messy, his clothes worn, and clearly not himself. Seeing him like that made me emotional, and when I expressed that to Christian, he immediately said, "Let's turn back around." Without hesitation, he took my brother shopping and told him to pick anything he needed—no limits—from socks and shoes to new clothes. Right afterward, Christian brought him for a haircut so he could feel restored and confident. This was not done for attention; it was simply who Christian is.

I have also witnessed Christian's kindness toward complete strangers. During times I rode with him while he worked towing, I saw him give free tows to people who could not afford it. He changed tires on the highway without charging anyone, risking his own safety to help others. On multiple occasions, he bought food for people who were hungry, and once he even gave a stranger the shoes off his own feet. These were sincere and selfless acts of compassion.

What has deeply moved me is seeing how Christian has continued growing—even during incarceration. He shared with me that he has been taking college and improvement classes, participating in every program available to him. He said he joins anything they offer because he wants to better himself and

use this time productively.

He also told me how he attends Bible study and has begun sharing the Word of God with others inside. He has even preached to fellow inmates, offering encouragement, spiritual support, and hope. Hearing the excitement in his voice when he speaks about learning, growing, and helping others makes me truly proud of the man he is becoming.

Christian has also told me about sharing his commissary food with individuals who have no family support and cannot afford basic necessities. Even in an environment where resources are limited, he still finds ways to look out for others. That is who he has always been.

I understand fully that Christian is facing serious charges, and I am not writing to challenge the Court or the justice process. He must take responsibility for the choices that led him here. Even so, I have seen the deep reflection, remorse, and real change happening in his life. This experience has humbled him, matured him, and inspired him to grow spiritually, academically, and personally.

Despite the circumstances, I truly believe in Christian's potential to rebuild his life in a positive and meaningful direction. He has always had a strong work ethic and a big heart for helping people, and I believe he can use those qualities to move forward responsibly. Our family is ready to support him through that transition.

I respectfully ask the Court to consider compassion and leniency in determining his future. I do not believe that a lengthy imprisonment would serve a meaningful purpose in terms of rehabilitation or community safety. Christian is someone who, with structure and opportunity, can return to being a supportive father, a reliable worker, and a positive influence on the lives of others.

Thank you, Judge Ho, for taking the time to read my letter and for considering my perspective.

Respectfully,

*Cynthia Concepcion*

Cynthia Concepción