UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTIAN LUGO,<br>    a/k/a "Coco,"<br><br>                    Defendant. | 24-CR-606 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Due to a conflict in the Court's calendar, IT IS HEREBY ORDERED that the sentencing hearing in this matter, previously scheduled for January 30, 2026, is RESCHEDULED for **February 5, 2026**, at **10:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: January 20, 2026
       New York, New York

                                                DALE E. HO
                                    United States District Judge