# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

January 26, 2026

Hon. Dale E. Ho
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Christian Lugo*, 24 Cr. 606 (DEH)

Dear Judge Ho:

    Attached is a letter to the Court from Christian Lugo and an additional certificate of completion for another program he completed since our initial sentencing submission. We ask the Court to consider this submission, in addition to what was previously filed, at Mr. Lugo's sentencing.

    Respectfully submitted,

    /s/ *Stephen Turano*

    Stephen Turano, Esq.
    Attorney for Christin Lugo

cc: All Counsel of Record (by ECF)