1-20-25

Dear Your Honer,

I resectfully submit this letter to Your Honer with deep remorse and humility as await Sentencing.

I accept full responsibility for my actions and or the choices that brought me before this Court. I understand the seriousness of what I admitted to in my plea, and I do not attempt to minimize the harm caused. I am profoundly sorry. This is something I will live with for the rest of my life, and it is a weight that will never leave me.

I want to acknowledge the victim in this case. A life was lost, and that loss is permanent. I recognize the pain and devastation suffered by her family and loved ones. No words can undo what happened, and I do not pretend otherwise. I carry deep remorse for the harm caused, and I hold that responsibility with me every day.

I also carry personal grief for the loss of someone dear to me. This grief has been a constant reminder of the value of life and the irreversible consequences of my actions. It has reinforced my remorse and my commitment to never repeat the mistakes that brought me here.

Incarceration has been a harsh and sobering reality. Being confined has stripped away distractions and forced

me confront myself honestly. This experience has changed how I view life, responsibility, and the importance of accountability.

During this time, I have made sincere efforts to change who I am. I have focused on self-discipline, reflection, and personal growth, and I have tried to be a positive influence were possible. Helping others has reinforced my desire to live differently and to carry myself with respect and integrity.

I am a father to three children who mean everything to me. They depend on me emotionally, and the thought of the pain my absence causes them weighs heavily on my heart. While I understand that my responsibilities as a parent do not excuse my conduct, I respectfully ask Your Honor to consider the impact this sentence will have on them, and my sincere desire to one day return to society as a changed and responsible man for their sake.

I respectfully ask Your Honor to consider my remorse, my acceptance of responsibility, and the genuine efforts I have made towards rehabilitation. I understand the seriousness of these proceedings and will respect whatever sentence is imposed. Thank you, Your Honor, for taking the time to read this letter and for considering my words.

Respectfully Submitted
Christian Lugo

# MDC Brooklyn
# Recreation Department

This is to Certify that

## Christan Lugo

Has Successfully Completed
Sentry Class Cardmaking Class
At MDC Brooklyn

This certificate is hereby issued this 4th day of January 2026

*D. Ranalli*
Recreation Specialist