UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

CHRISTIAN LUGO,
    a/k/a "Coco,"

              Defendant.

24-CR-606 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

On February 2, 2026, the Court and the Government received additional sentencing submissions from defense counsel via email. These submissions will be filed under seal and maintained in the vault. The Court directs defense counsel to file on ECF redacted versions of the additional submissions that protect the identities of minors.

SO ORDERED.

Dated: February 3, 2026
       New York, New York

                                                DALE E. HO
                                        United States District Judge