**From:** Herman, Michael (USANYS)
**To:** Ho NYSD Chambers; Nicole Morales
**Cc:** Qian, Ni (USANYS); karloff@kcommissionlaw.com; sturano_turanolaw.com
**Subject:** U.S. v. Lugo, 24 Cr. 606 (DEH) - Victim Request
**Date:** Tuesday, February 3, 2026 10:40:26 PM

**CAUTION - EXTERNAL:**

Dear Judge Ho's Chambers:

We received a request today from victim ▇▇▇ son to be present for the sentencing of defendant Christian Lugo. Unfortunately, because ▇▇▇ son is in the army, he is unable to appear in person on Thursday for sentencing, but would be able to attend if the Court were to adjourn the sentencing by around 30 days. We understand Mr. Lugo opposes an adjournment for understandable reasons including that relatives of Mr. Lugo have already booked flights to attend sentencing. In the alternative, would the Court permit ▇▇▇ son to address the Court by telephone?

We are submitting this request via email as it contains information about a victim's son, but we are happy to put a letter on the docket if the Court prefers.

Respectfully,

Michael R. Herman
Assistant United States Attorney
Southern District of New York

---

The Court is in receipt of the Government's email. The request for the victim's son to attend the sentencing and address the Court via telephone is **GRANTED**. Counsel shall email the victim's son's contact information to chambers so that the Court may call him from the courtroom. **SO ORDERED.**

Dated: February 4, 2026
New York, New York

Dale E. Ho
United States District Judge

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.