Case 1:24-cr-00606-DEH  Document 50  Filed 02/20/26  Page 1 of 1

**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/26

## NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States v.

Christian Lugo

Docket No.: 24-cr-606 (DEH)

Hon. Dale E. Ho
(District Court Judge)

Notice is hereby given that Christian Lugo appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
entered in this action on February 9, 2026
(date)                                (specify)

This appeal concerns: Conviction only | __ | Sentence only | ✓ | Conviction & Sentence | __ | Other | __ |
Defendant found guilty by plea | ✓ | trial | | N/A | |
Offense occurred after November 1, 1987? Yes | ✓ | No | | N/A | |
Date of sentence: February 5, 2026    N/A | |
Bail/Jail Disposition: Committed | ✓ | Not committed | | N/A | |

Appellant is represented by counsel? Yes | No | If yes, provide the following information:

Defendant's Counsel: Stephen Turano           Karloff Commissiong
Counsel's Address: 275 Madison Ave.          405 Broadway
                   NY, NY 10016              NY, NY 10174
Counsel's Phone:   917-594-5666              718-415-3116

Assistant U.S. Attorney: Michael Herman
AUSA's Address: U.S. Attorney's Office - SDNY
               26 Federal Plaza, NY, NY 10278
AUSA's Phone: 212-637-2221

_____
Signature