**Criminal Notice of Appeal - Form A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/26
```

## NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:

United States v.

Christian Lugo

Docket No.: 24-cr-606 (DEH)

Hon. Dale E. Ho
(District Court Judge)

Notice is hereby given that **Christian Lugo** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐

entered in this action on **February 9, 2026**
(date)

_____
(specify)

This appeal concerns: Conviction only ☐  Sentence only ✓  Conviction & Sentence ☐  Other ☐

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987?  Yes ✓  No ☐  N/A ☐

Date of sentence: **February 5, 2026**    N/A ☐

Bail/Jail Disposition: Committed ✓  Not committed ☐  N/A ☐

Appellant is represented by counsel? Yes ☐ No ☐  If yes, provide the following information:

| | | |
|---|---|---|
| Defendant's Counsel: | Stephen Turano | Karloff Commissiong |
| Counsel's Address: | 275 Madison Ave. NY, NY 10016 | 405 Broadway NY, NY 10174 |
| Counsel's Phone: | 917-594-5666 | 718-415-3116 |
| Assistant U.S. Attorney: | Michael Herman | |
| AUSA's Address: | U.S. Attorney's Office - SDNY  26 Federal Plaza, NY, NY 10278 | |
| AUSA's Phone: | 212-637-2221 | |

_____
Signature